NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-1007

STATE OF LOUISIANA

VERSUS

RICHARD READO

************

APPEAL FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT,
PARISH OF ST. LANDRY, NO. 03-0234,
HONORABLE JAMES T. GENOVESE, DISTRICT JUDGE

************

MICHAEL G. SULLIVAN
JUDGE

************

Court composed of John D. Saunders, Marc T. Amy, and Michael G. Sullivan, Judges.

**AFFIRMED.**

Earl B. Taylor
 District Attorney
Alisa Ardoin Gothreaux
 Assistant District Attorney
Post Office Drawer 1968
Opelousas, Louisiana  70571-1968
(337) 948-0551
Counsel for:
    State of Louisiana

Peggy J. Sullivan
Louisiana Appellate Project
Post Office Box 2775
Monroe, Louisiana  71207-2775
(318) 387-6124
Counsel for Defendant/Appellant:
    Richard Reado